1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant LAUREANO DE ROMERO

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,          )   No. 4-11-70920-MAG
10                                     )
              Plaintiff,               )   STIPULATED REQUEST TO CONTINUE
11                                     )   HEARING DATE TO OCTOBER 28, 2011
       v.                              )   AND TO EXCLUDE TIME UNDER THE
12                                     )   SPEEDY TRIAL ACT AND ORDER
                                       )
13 MARIVEL LAUREANO DE ROMERO,         )
                                       )
14            Defendant.               )   Hearing Date: September 30, 2011
                                       )   Time:            9:30 a.m.
15 _____    )

16

17      The above-captioned matter is set on September 29, 2011 before the Oakland Duty

18 Magistrate for a status hearing.  The parties jointly request that the Court continue the matter to

19 October 28, 2011 at 9:30 a.m. before the Oakland Duty Magistrate for PRELIMINARY

20 HEARING/ARRAIGNMENT and that the Court exclude time under the Speedy Trial Act, 18

21 U.S.C. §§ 3161(b),(h)(7)(A) and (B)(iv), between the date of this Stipulation and October 28,

22 2011.  Under Fed. R. Crim. P. 5.1(d), the defendant consents to an extension of the time limit

23 within which to hold a Preliminary hearing under Fed. R. Crim. P. 5.1(c).

24      Defendant Marivel Laureano de Romero is currently residing, on unsecured bond,

25 outside of the State of California.. The requested continuance will allow the defendant to review

26 and discuss the evidence in this case and a pending plea offer.  In addition, due to distance,

1   additional time is required for travel arrangements and consultation between counsel and client.

2   For these reasons, the parties agree that the failure to grant this continuance would unreasonably

3   deny counsel for defendant the reasonable time necessary for effective preparation, taking into

4   account the exercise of due diligence.

5          The parties further stipulate and agree that the ends of justice served by this continuance

6   outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

7   parties agree that the period of time from the date of this stipulation to October 28, 2011, should

8   be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

9   3161(b),(h)(7)(A) and (B)(iv), for effective preparation of defense counsel and the transfer of

10  this case, taking into account the exercise of due diligence.

11

12                                                          /S/

13  DATED: September 29, 2011        _____

14                                                   ANDREW HUANG
                                                     Assistant United States Attorney

15                                                          /S/
    DATED: September 29, 2011        _____

16                                                   JOHN PAUL REICHMUTH
                                                     Assistant Federal Public Defender

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.     That the defense needs time review the case and plea offer with Ms. Laureano de Romero, who resides out of state;

2.     That these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3.     That the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

4.     Through counsel, defendant consents to an extension of time in which to hold a Preliminary Hearing under Fed. R. Crim. P. 5.1(c).

Based on these findings, it is hereby

ORDERED that the PRELIMINARY HEARING/ARRAIGNMENT date of September 30, 2011, scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, be vacated and reset for October 28, 2011, at 9:30 a.m., before the sitting United States Magistrate Judge for PRELIMINARY HEARING/ ARRAIGNMENT.  It is further

//

ORDERED that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§

1    3161(b),(h)(7)(A) and (B)(iv), from the date of this Stipulation until October 28, 2011.  It is

2    further

3

4

5

6    September  30 , 2011                            _____

7                                                   HON. DONNA M. RYU
                                                    United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. 4-11-70920-MAG            4