1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant LAUREANO DE ROMERO

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                                              CR 11-0792 PJH
   UNITED STATES OF AMERICA,        )    No. ~~CR 4-11-70920-MAG~~
10                                  )
            Plaintiff,               )   STIPULATED REQUEST TO CONTINUE
11                                  )    HEARING DATE TO OCTOBER 28, 2011
       v.                            )   AND TO EXCLUDE TIME UNDER THE
12                                  )    SPEEDY TRIAL ACT AND [~~PROPOSED~~]
                                     )   ORDER
13  MARIVEL LAUREANO DE ROMERO,     )
                                     )
14          Defendant.               )
                                     )   Hearing Date: October 28, 2011
15  _____)      Time:         9:30 a.m.

16

17     The above-captioned matter is set on October 28, 2011 before the Oakland Duty

18  Magistrate for a status hearing. The parties jointly request that the Court continue the matter to

19  November 16, 2011 at 9:30 a.m. before the Oakland Duty Magistrate for WAIVER OF

20  INDICTMENT/ARRAIGNMENT ON INFORMATION and also SET the matter on for

21  CHANGE OF PLEA before the Hon. Phyllis J. Hamilton on November 16, 2011 at 2:30 p.m.

22  The parties stipulate that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

23  3161(b),(h)(7)(A) and (B)(iv), between the date of this Stipulation and November 16, 2011.

24  Under Fed. R. Crim. P. 5.1(d), the defendant consents to an extension of the time limit within

25  which to hold a Preliminary hearing under Fed. R. Crim. P. 5.1(c).

26      Defendant Marivel Laureano de Romero is currently residing, on unsecured bond,

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 4-11-70920-MAG

outside of the State of California.. The requested continuance will allow the defendant to review and discuss the evidence in this case and a pending plea offer. In addition, due to distance, additional time is required for travel arrangements and consultation between counsel and client. For these reasons, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from the date of this stipulation to November 16, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b),(h)(7)(A) and (B)(iv), for effective preparation of defense counsel and the making of travel arrangements, taking into account the exercise of due diligence.

/S/

DATED: October 27, 2011

ANDREW HUANG
Assistant United States Attorney

/S/

DATED: October 27, 2011

JOHN PAUL REICHMUTH
Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 4-11-70920-MAG          2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. That the defense needs time review the case and plea offer with Ms. Laureano de Romero, who resides out of state;

2. That these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. That the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

4. Through counsel, defendant consents to an extension of time in which to hold a Preliminary Hearing under Fed. R. Crim. P. 5.1(c).

Based on these findings, it is hereby

ORDERED that the matter be continued to November 16, 2011 at 9:30 a.m. before the Oakland Duty Magistrate for WAIVER OF INDICTMENT/ARRAIGNMENT ON INFORMATION; it is further

ORDERED that the matter be SET for CHANGE OF PLEA before the Hon. Phyllis J. Hamilton on November 16, 2011 at 2:30 p.m.; it is further

//

//

ORDERED that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 4-11-70920-MAG         3

1   3161(b),(h)(7)(A) and (B)(iv), from the date of this Stipulation until November 16, 2011.

5   November 2, 2011

                              LAUREL BEELER
                              United States Magistrate Judge